IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 21 AM 9:43

CLERK C. Adams
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO. 4:14CR00391-1 |
| | ) | |
| HENRY WARD | ) | |

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On May 20, 2015, the Court sentenced the Defendant to sixty (60) months custody of the Bureau of Prisons, three (3) years supervised release, $1,259,959.68 restitution, and a $100 special assessment.

Upon receiving the motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

The Court has necessarily considered the Defendant's conduct in this case and while in the custody of the Bureau of Prisons. After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment imposed in the Defendant's case pursuant to Federal Rules of Criminal Procedure 35(b) is hereby **GRANTED**.

It is the judgment of this Court that the sentence of imprisonment imposed by this Court on May 20, 2015, is hereby reduced from sixty (60) months to **fifty-four (54) months, EFFECTIVE WEDNESDAY, SEPTEMBER 16, 2015**. All other terms shall remain in effect as originally imposed by this Court on May 20, 2015.

SO ORDERED this _21st_ day of September, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE